IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRADLEY BALLARD**                                                                                          **PLAINTIFF**

v.                                      CASE NO. 3:22-CV-00301-BSM

**CROSS COUNTY DETENTION CENTER**                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of January, 2023.

UNITED STATES DISTRICT JUDGE